**Fill in this information to identify the case:**

Debtor name: International Biomedical Devices, Inc.

United States Bankruptcy Court for the: District of South Carolina

Case number (If known): 20-03697-dd    Chapter 7

☒ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   - ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   - ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | VALENS ASSOCIATED, INC. |
| | License and Technology Transfer Agreement dated December 12, 2013 and subsequent amendments | c/o Mr. Urs Klingelfuss |
| | | 420 Lexington Ave., Suite 2400 |
| | **State the term remaining** | New York, NY, 10170 |
| | **List the contract number of any government contract** | |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | The original Term, unless earlier terminated, is from the Effective Date of the Agreement continuing in effect until the "last-to-expire" patent within the Licensed Patents. The Licensor Valens has given IBMD a Termination Notice, dated Aug. 24, 2020 with Termination effective Oct. 23, 2020 unless IBMD cures claimed breaches. | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**Fill in this information to identify the case and this filing:**

Debtor Name: International Biomedical Devices, Inc.

United States Bankruptcy Court for the: District of South Carolina

Case number (*If known*): 20-03697-dd

---

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/06/2020    ✗ /s/ Steven R. Bryant
MM / DD / YYYY    Signature of individual signing on behalf of debtor

Steven R. Bryant
Printed name

President & CEO
Position or relationship to debtor

---

Official Form 202    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| In re: | Case No. 20-03697-dd |
| International Biomedical Devices, Inc. | Chapter 7 |
| Debtor | |

**STATEMENT OF CHANGE**

In accordance with SCLBR the Debtor hereby amends Schedule G to add an exeutory contract that was not included on Schedule G. This Statement of Change, along with the amended schedule will be served on the affected creditor(s).

Date of Service: October 7, 2020

**Markham Law Firm, LLC**

  /s/ Sean Markham
 Sean Markham, I.D. # 10145
Attorney for International Biomedical Devices, Inc.
PO Box 20074
Charleston, SC 29413-0074
Tel: (843) 284-3646
Email:

1

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| In re: | Case No. 20-03697-dd |
|---|---|
|  | Chapter 7 |
| International Biomedical Devices, Inc., |  |
| Debtor. |  |

I, Sean Markham, an attorney with the Markham Law Firm, LLC, do hereby certify that a copy of the amended Schedule G were mailed to the parties below or on the attached list.

Date of Service    October 7, 2020

    /s/Sean Markham
Sean Markham, SC I.D. # 10145
Attorney for International Biomedical Devices, Inc.
PO Box 20074
Charleston, SC 29413-0074
(843) 284-3646

VALENS ASSOCIATED, INC.
c/o Mr. Urs Klingelfuss
420 Lexington Ave., Suite 2400
New York, NY 10170

1